THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM WING, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

. (Argued May 10, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Supreme Court rendered October 26, 1925, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert S. Johnstone, Stanley L. Richter, Elmer F. Quinn* and *Robert H. Elder* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.